**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION**

| | |
|---|---|
| Mark McGriff, Board of Trustees Chairman, and Doug Robinson, Board of Trustees Secretary, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND; et al. | ) ) ) ) ) |
| Plaintiffs, | ) CASE NO. 2:18-cv-430 ) |
| vs. | ) ) |
| FREITAG-WEINHARDT, INC., | ) ) |
| Defendant. | ) |

### PLAINTIFFS' FRCP, RULE 41(a)(1)(i), NOTICE OF DISMISSAL

Plaintiffs **Mark McGriff, Board of Trustees Chairman, and Greg Hauswald, Board of Trustees Secretary on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION TRUST FUND; Mark McGriff, Board of Trustees Co-Chairman, and William Nix, Board of Trustees Co-Chairman, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND; Mark McGriff, Board of Trustees Chairman, and Joe Coar, Board of Trustees Secretary, on behalf of INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS JOINT APPRENTICESHIP AND TRAINING FUND;** Douglas J. McCarron, Board of Trustees Chairman, on behalf of **UNITED BROTHERHOOD OF CARPENTERS APPRENTICESHIP TRAINING FUND OF NORTH AMERICA;** and, **INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS** by its attorneys, **PAUL T. BERKOWITZ & ASSOCIATES, LTD**., moves pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(i), to voluntarily dismiss without prejudice this action against Defendant

**FREITAG-WEINHARDT, INC.,** without prejudice.

In the interest of the parties and this Court, Plaintiffs hereby file this FRCP, Rule 41(a)(1)(i), Notice of Dismissal without prejudice.

For the above stated reasons, Plaintiffs' FRCP, Rule 41(a)(1)(i), Notice of Dismissal should be granted.

                              Respectfully submitted,

                              **PAUL T. BERKOWITZ & ASSOCIATES, LTD.**

                              By    /s/ Paul T. Berkowitz
                                    **PLAINTIFFS' ATTORNEYS**

PAUL T. BERKOWITZ & ASSOCIATES, LTD.
123 West Madison Street, Suite 600
Chicago, Illinois  60602
(312) 419-0001
(312) 419-0002 FAX
Attorney ID# 19025-49
paul@ptblaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

None.

I hereby certify that on January 28, 2019, I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

        Freitag-Weinhardt, Inc.
        c/o Philip Kenney, Reg Agent
        3914 Prospect Street
        Indianapolis, Indiana 46203

        /s/ Paul T. Berkowitz

PAUL T. BERKOWITZ
& ASSOCIATES, LTD.
Suite 600
123 West Madison Street
Chicago, Illinois  60602
(312) 419-0001
(312) 419-0002 FAX
Attorney ID# 19025-49